# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |  |
|---|---|---|
| ALAIN COOK, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIVIL NO. 06-841-DRH |
| MSG HAZE, *et al.*, | ) | |
| Defendants. | ) | |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to state a claim upon which relief may be granted. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

December 7, 2007                      By: DavidRHerndon
*Date*                                            *District Judge*